IN THE SUPREME COURT OF TEXAS

 No. 07-0119

 IN RE BP PRODUCTS NORTH AMERICA, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion to stay deposition, filed February
14, 2007, is granted. The order dated October 11, 2006, in Cause No. 05-
CV0337-A, styled In re Texas City Explosion, in the 212th District Court
of Galveston County, Texas, is stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this February 22, 2007.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk